**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| HOWARD MICHAEL CAPLAN,        )<br>                                                                 )<br>           Plaintiff,                                     )<br>                                                                 )<br>v.                                                            )<br>                                                                 )<br>P&R TROPICAR ENTERPRISES, INC., a )<br>Florida Profit Corporation, d/b/a Paul's    )<br>Auto Sales,                                             )<br>           Defendant.                                )<br>                                                                 ) | Case No.: 0:19-cv-62388-CMA |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**

Defendant P&R Tropicar Enterprises, INC. ("P&R Tropicar Enterprises" or "Defendant") respectfully moves for a brief extension of time to and including November 5, 2019, to answer, move or otherwise respond to Plaintiff's Complaint, and states the following in support:

1. Plaintiff filed the Complaint on September 25, 2019 and served Defendant with the Summons and Complaint on October 1, 2019. Accordingly, P&R Tropicar Enterprises is due to respond to the Complaint on or before October 22, 2019.

2. When an act may or must be done within a specified time, the Court may, for good cause, extend the time, with or without motion or notice, if the request is made before the original time or its extension expires. *See* Fed. R. Civ. P. 6(b).

3. This request is being made before the original deadline expires.

4. Defendant's counsel is in the process of intaking and reviewing Defendant's files relevant to the underlying litigation. In order to fully investigate and formulate an appropriate response(s) to the Complaint on behalf of the Defendant, counsel for Defendant requests a brief extension of time, up to and including November 5, 2019, to respond to Plaintiff's Complaint.

1

Furthermore, counsel for the parties are engaging in early discussions to determine if amicable resolution is possible.

5. This extension is not being sought for the purposes of delay, nor will this brief extension prejudice any party to the litigation.

6. The undersigned has discussed the subject matter of this Motion with Plaintiff's counsel, who is not opposed to the relief sought herein.

WHEREFORE, Defendant P&R Tropicar Enterprises, INC. respectfully requests an extension of time up to and including November 5, 2019, to answer, move or otherwise respond to Plaintiff's Complaint.

## LOCAL RULE 7.1(a)(3) CERTIFICATE

Counsel for Defendants has conferred with counsel for Plaintiff who has no objection to the relief requested.

DATED this 21st day of October, 2019.

                                                Respectfully submitted,
                                                JET DOT LAW, PLLC
                                                12249 Science Drive, Suite 155
                                                Orlando, Florida 32826

                                                By:  s/Jesse I. Unruh

                                                    Jesse I. Unruh, Esq.
                                                    Florida Bar No. 93121
                                                    jesse@jet.law

                                                Attorney for Defendant P&R TROPICAR
                                                ENTERPRISES, INC.

**CERTIFICATE OF SERVICE**

      I hereby Certify that on this 21st day of October, 2019, the foregoing was electronically filed with the Court by using the Southern District of Florida's CM/ECF portal, which will send a notice of electronic filing to the below listed attorneys.

                                          /s/ Jesse Unruh
                                          Jesse Unruh

**SERVICE LIST**

Ronald E. Stern
ronsternlaw@gmail.com
THE ADVOCACY LAW FIRM, P.A.
1250 E Hallandale Beach Blvd, Suite 503
Hallandale Beach, Florida 33009
(954) 639-7016
Attorney for Plaintiff
HOWARD MICHAEL CAPLAN