**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 19-62388-CIV-ALTONAGA/Seltzer**

**HOWARD MICHAEL CAPLAN**,

    Plaintiff,
vs.

**P&R TROPICAR ENTERPRISES, INC.**,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendant's Unopposed Motion to Extend Time to Respond to Complaint [ECF No. 6]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**. Defendant shall file a response to Plaintiff's Complaint no later than **October 31, 2019**. **The deadline for compliance with the Order of October 3, 2019 [ECF No. 5] will not be extended.**

**DONE AND ORDERED** in Miami, Florida, this 21st day of October, 2019.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record