UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-62388-CMA

Howard Michael Caplan,

    Plaintiff,

    vs.

P&R TROPICAR ENTERPRISES, INC., a Florida Profit Corporation, d/b/a Paul's Auto Sales,
    Defendants.
_____/

## JOINT SCHEDULING REPORT

Plaintiff, Howard Michael Caplan ("Plaintiff") and Defendant, P&R TROPICAR ENTERPRISES, INC., d/b/a Paul's Auto Sales (Plaintiff and Defendant are collectively referred to herein as the "Parties" and are individually referred to as a "Party"), pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Rule 16.1 of the Local Rules of the United States District for the Southern District of Florida, and this Honorable Court's Order [DE 5] hereby submit the following Joint Scheduling Report.

**(1)**     **Likelihood of Settlement:**

The Parties believe that there is a reasonable likelihood of settlement. The Parties will immediately advise the Court of any settlement they reach.

**(2)**     **Likelihood of Appearance of Additional Parties:**

The Parties do not anticipate adding any additional parties at the present time.

**(3)**     **Proposed Limits on Time:**

    **(i)**     **To join other parties and to amend pleadings:**

    February 3, 2020

**(ii)  To file and hear motions:**

March 19, 2020 (dispositive motions and *Daubert* motions, if any)

March 19, 2020 (pretrial motions)

**(iii) To complete discovery:**

| | |
|---|---|
| December 18, 2019 | The Parties shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| December 18, 2019 | The Parties shall exchange written lists containing the names and addresses of all witnesses intended to be called at trial. Only those witnesses listed shall be permitted to testify. |
| January 17, 2020 | The Parties shall exchange rebuttal expert witness summaries and reports; as required by Federal Rule of Civil Procedure 26(a)(2). |
| March 27, 2020 | The Parties shall complete all fact discovery. |
| March 27, 2020 | The Parties shall complete all expert discovery. |
| January 3, 2020 | The Parties shall select a mediator. |
| April 7, 2020 | The Parties shall complete mediation and file a mediation report with the Court. |
| June 18, 2020 | The Parties shall file their Joint Pretrial Stipulation. |
| June 18, 2020 | The Parties shall file their proposed findings of fact and conclusions of law. |
| July 6, 2020 | The Parties shall submit their deposition designations. |

**(4)** **Proposals for the formulation and simplification of issues, including the elimination of frivolous claims or defenses, and the number and timing of motions for summary judgment or partial summary judgment.**

The Parties shall endeavor to simplify the issues throughout this action and via discovery and the filing of Motions for Summary Judgment which will not only serve to assist in the formulation and simplification of issues but may also eliminate certain claims and/or defenses.

**(5)** **Necessity or Desirability of Amendment to the Pleadings**

Unknown at this time.

**(6)** **The possibility of obtaining admissions of fact and of documents, electronically stored information or things which will avoid unnecessary proof, stipulations regarding authenticity of documents, electronically stored information or things, and the need for advance rulings from the Court on admissibility of evidence.**

The Parties reasonably anticipate that they will be able to stipulate to admissions of fact and to the authenticity of most, if not all, documents after discovery is closed. The Parties do not anticipate any need for the discovery of electronically stored information.

**(7)** **Suggestions for the avoidance of unnecessary proof and of cumulative evidence.**

The Parties propose meeting in advance of trial during the Local Rule 16.1(d) conference to stipulate to the authenticity of documents, to the extent possible, and to stipulate to as many facts as possible. This should assist in eliminating the presentation of unnecessary proof and cumulative evidence at trial.

**(8)** **Suggestions on the advisability of referring matters to a Magistrate Judge or master.**

The Parties consent to the referral of discovery matters only to the Magistrate Judge.

**(9)** **A preliminary estimate of the time required for trial.**

The Parties estimate that this non-jury trial will last two to three (2-3) days.

**(10)** **Requested date or dates for conferences before trial, a final pretrial conference, and trial:**

| | |
|---|---|
| June 16, 2020 | Deadline for pre-trial disclosures and meeting of counsel, pursuant to Local Rule 16.1(d). |
| July 14, 2020 | Calendar Call. |
| July 20, 2020 | Beginning of two-week trial docket. |

**(11)** **Any other information**

None at this time.

**(12)** **Whether the trial will be jury or non-jury.**

This matter shall be adjudicated via a non-jury trial.

**(13)** **An outline of the legal elements of each claim and defenses raised by the pleadings:**

1. Whether certain elements of the subject facility fail to comply with the ADA's requirements.

2. Whether Defendants are liable for the alleged ADA violations.

**(14)** **A good faith estimate of the specific dollar valuation of actual damages and other relief at issue:**

There is no specific dollar valuation of actual damages as this is a claim for declaratory and injunctive relief.

**(15)** **The need for variance from the discovery limitations imposed by Local Rules and/or the Federal Rules of Civil Procedure, including the grounds supporting the requested variance.**

None at this time.

**Joint Proposed Scheduling Order:** A proposed scheduling order is attached to this report.

**Case Management Track:**   The Parties believe that an expedited track is appropriate for this case.

Respectfully submitted,

*Ronald Stern*
Ronald Stern, Esq.
Florida Bar No. 10089
The Advocacy Law Firm, P.A.
1250 E. Hallandale Beach Blvd.
Suite 503
Hallandale, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Email: ronsternlaw@gmail.com
Attorney for Plaintiff

*Jesse I. Unruh*
Jesse I. Unruh, Esq.
Florida Bar No. 93121
JET DOT LAW, PLLC
12249 Science Drive, Suite 155
Orlando, FL 32826
Telephone: (407) 494-0135
Email: jesse@jet.law
Attorney for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 0:19-cv-62388-CMA

Howard Michael Caplan,

   Plaintiff,

   vs.

P&R TROPICAR ENTERPRISES, INC., a Florida Profit Corporation, d/b/a Paul's Auto Sales,

   Defendants.
_____/

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on November 5, 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified and documents will be served either via transmission of Notices of Electronic Filing generated by CM/ECF or Via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *Ronald Stern*
Ronald E. Stern, Esq.
Florida Bar No. 10089
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd., Ste. 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff, Howard Michael Caplan