UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-62388-CIV-ALTONAGA/Seltzer

**HOWARD MICHAEL CAPLAN**,

    Plaintiff,

vs.

**P&R TROPICAR ENTERPRISES, INC.**,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Kimberly A. Gilmour on January 30, 2020 at 10:00 a.m. at the offices of Gilmour Law, 4179 Davie Road, Suite 101, in Fort Lauderdale, Florida. The parties are reminded that a report of their mediation must be filed within seven (7) days thereafter.

**ENTERED** this 26th day of November, 2019.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record