**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:19-cv-62388-CMA

HOWARD MICHAEL CAPLAN,

    Plaintiff,

vs.

P&R TROPICAR ENTERPRISES, INC., a Florida Profit Corporation, d/b/a PAUL'S AUTO SALES

    Defendant(s).
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Howard Michael Caplan, and Defendant, P&R TROPICAR ENTERPRISES, INC., d/b/a Paul's Auto Sales (hereafter, "the Parties"), by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to a dismissal of this action with prejudice. All Parties shall bear their own attorneys' fees, costs and expenses other than those specified in a Confidential Settlement Agreement and agree not to file any additional motions in this matter. All Parties consent to the form and content of this Stipulation.

Respectfully submitted,

By: _Ronald E. Stern_
Ronald E. Stern, Esq.
THE ADVOCACY LAW FIRM, P.A.
1250 East Hallandale Beach Blvd., Suite 503
Hallandale Beach, Florida 33009
Telephone: (954) 639-7016
Facsimile: (954) 639-7198
Attorney for Plaintiff

By: _Jesse I. Unruh_
Jesse I. Unruh, Esq.
Florida Bar No. 93121
JET DOT LAW, PLLC
12249 Science Drive, Suite 155
Orlando, FL 32826
Telephone: (407) 494-0135
Email: jesse@jet.law
Attorney for Defendant

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:19-cv-62388-CMA

Howard Michael Caplan,

    Plaintiff,

vs.

P&R TROPICAR ENTERPRISES, INC., a
Florida Profit Corporation, d/b/a Paul's Auto
Sales

    Defendant(s).
_____/

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on February 20, 2020, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the aforementioned documents are being served on all counsel of record, corporations, or pro se parties either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. Mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    By: _Ronald E. Stern_
    Ronald E. Stern, Esq.
    Florida Bar No. 10089
    THE ADVOCACY LAW FIRM, P.A.
    1250 E. Hallandale Beach Blvd.
    Suite 503
    Hallandale Beach, Florida 33009
    Telephone:   (954) 639-7016
    Facsimile:    (954) 639-7198
    Attorney for Plaintiff, Howard M. Caplan